Patrick D. Robbins (CABN 152288)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: probbins@shearman.com

*Attorneys for Defendant Jordan Padallan*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JORDAN PADALLAN,<br><br>　　　　　　　　Defendant. | Case No.: 15-cr-00217-HSG<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>Hearing Date:　June 8, 2015<br>Requested Date:　August 10, 2015 |
|---|---|

　　　　WHEREAS, the Grand Jury returned a one count indictment against the defendant on April 16, 2015, charging him with violation of 18 U.S.C. §§ 751(a) and 4082(a), Escape from Custody; and

　　　　WHEREAS, defense counsel for Mr. Padallan was appointed in this matter under the Criminal Justice Act on April 20, 2015; and

　　　　WHEREAS, the United States has provided certain discovery to the defendant; and

　　　　WHEREAS, defense counsel requires additional time to review the discovery, and to meet with and review the charges with defendant, who is in custody; and

　　　　WHEREAS, the parties agree that a continuation is in the interest of justice,

　　　　It is hereby stipulated and agreed between the parties, with the Court's permission, that the status conference before the Court should be continued to August 10, 2015 at 2:00 p.m., and that time should be excluded for purposes of the Speedy Trial Act for the period June 8, 2015 to August 10, 2015, to permit the defense adequate time to prepare and to permit continuity of counsel,

pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  June 2, 2015           By:      /s/ Patrick D. Robbins
                                        Patrick D. Robbins
                                        Attorney for Defendant Jordan Padallan

Dated:  June 2, 2015                    MELINDA HAAG
                                        United States Attorney

                                          /s/ Jennifer A. Tolkoff
                                        Jennifer A. Tolkoff
                                        Special Assistant United States Attorney

## ORDER

For the reasons stated in the stipulation of the parties, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is therefore ORDERED that the status hearing date of June 8, 2015 be continued to August 10, 2015 at 2:00 p.m.; and that the period June 8, 2015 to August 10, 2015, be excluded for purposes of the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

June 3, 2015

*[signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO.:  15-cr-00217 HSG

2