```
Patrick D. Robbins (CABN 152288)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: probbins@shearman.com
```

Attorneys for Defendant Jordan Padallan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORDAN PADALLAN,<br><br>                    Defendant. | Case No. 4:15-CR-0217-HSG<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING SELF-SURRENDER DATE 14 DAYS (TO AUGUST 1, 2022)<br><br>Judge:    Hon. Haywood S. Gilliam |

   WHEREAS, on June 22, 2022, the Court ordered that defendant Jordan Padallan's Supervised Release be revoked, sentenced him to 30 days in custody, and ordered him to self-surrender to the Santa Rita Jail on Monday, July 18, 2022; and

   WHEREAS,  on July 18, 2022, Mr. Padallan received a positive test for COVID-19, and did consequently not self-surrender; and

   WHEREAS, in light of the fact that Mr. Padallan is COVID positive, the parties agree that his self-surrender date should be postponed 14 days:

   IT IS HEREBY STIPULATED AND AGREED, by and through counsel for Plaintiff

1  United States and Defendant Jordan Padallan, with the Court's permission, that Mr.
2  Padallan's self-surrender date shall be extended fourteen (14) days, from July 18, 2022, to August
3  1, 2022..
4  **IT IS SO STIPULATED AND AGREED.**

6  DATED: July 20, 2022                          Respectfully submitted,

                                                 STEPHANIE M. HINDS
                                                 United States Attorney


                                                 _____/s/_____
                                                 CYNTHIA JOHNSON
                                                 Assistant United States Attorney




                                                 _____/s/_____
                                                 PATRICK D. ROBBINS
                                                 Attorney for Defendant Jordan Padallan

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT that defendant Jordan Padallan's self-surrender date shall be extended fourteen (14) days, from July 18, 2022, to August 1, 2022. Mr. Padallan shall self-surrender at the Santa Rita Jail on August 1, 2022 no later than 2:00 p.m.

Dated: July 20, 2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court